**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SAMUEL WOODRUFF and MELVIN BRANDON,

      Plaintiffs,

v.                                                                                   Case No: 6:18-cv-39-Orl-40GJK

JAMES PENNINGTON and JT ROOFING & MAINTENANCE, INC.,

      Defendants.
_____/

## ORDER

This cause is before the Court on counsel for Plaintiffs Response to Court's Order to Show Cause and Motion to Withdraw from Further Representation (Doc. 15) filed on April 25, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 11, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Response to Court's Order to Show Cause and Motion to Withdraw from Further Representation (Doc. 15) is **GRANTED**.

3. The Complaint is **DISMISSED without prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 28, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties